Gregory C. **BONTEMPS,**
Plaintiff-Appellant,

v.

**HARPER, Correctional Sergeant, High Desert State Prison,**
Defendant-Appellee.

No. 16-16418

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 29, 2017

Gregory C. Bontemps, Pro Se

Derrek J. Lee, AGCA-Office of the California Attorney General, Sacramento, CA, for Defendant-Appellee

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Gregory C. Bontemps, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action for failure to pay the filing fee after revoking his in forma pauperis status ("IFP") on the ground that Bontemps has "three strikes" under 28 U.S.C. § 1915(g). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Washington v. L.A. Cty. Sheriff's Dep't*, 833 F.3d 1048, 1054 (9th Cir. 2016). We affirm.

The district court properly revoked Bontemps' IFP status because at least three of

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Bontemps' prior cases qualified as "strikes" under 28 U.S.C. § 1915. *See Harris v. Mangum*, 863 F.3d 1133, 1143 (9th Cir. 2017) ("[W]hen (1) a district court dismisses a complaint on the ground that it fails to state a claim, (2) the court grants leave to amend, and (3) the plaintiff then fails to file an amended complaint, the dismissal counts as a strike under § 1915(g)."); *Knapp v. Hogan*, 738 F.3d 1106, 1109 (9th Cir. 2013) (defining when a case is frivolous or malicious, or fails to state a claim under 28 U.S.C. § 1915, and can be considered a strike).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**